# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

JASON FIELDER

    *Plaintiff(s)*

v.       Civil Action No. 1:16-cv-23

R.V. COLEMAN TRUCKING, INC., ET AL.

    *Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

IT IS ORDERED AND ADJUDGED the jury having rendered its verdict against all Defendants and apportioned fault against each as follows:

| | |
|---|---|
| R.V. Coleman Trucking, Inc. | 8% |
| Arkos Field Services, LP | 2% |
| MEC Construction, LLC | 90% |
| **TOTAL** | 100% |

ORDERED that as no claims remain pending in this case, said civil action is DISMISSED and STRICKEN from the active docket of this Court.

other:

This action was:

☒ tried by jury     ☐ tried by judge     ☐ decided by judge

tried by a jury with Judge Frederick P. Stamp, Jr. presiding, and the jury has rendered a verdict.

Date: March 28, 2018

*CLERK OF COURT*
Cheryl Dean Riley
/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*